UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAJUN OPERATING COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-07029-TSH<br><br>**ORDER TO SHOW CAUSE** |

After Plaintiff filed a notice of settlement (ECF No. 24), the Court vacated all pending deadlines and ordered the parties to file a dismissal or status report by November 29, 2021 (ECF No. 25). As the parties failed to file either, the Court extended the filing deadline to December 6. ECF No. 26. No response has been received. Accordingly, the Court **ORDERS** Plaintiff Meryl Pomponio to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by December 16, 2021. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on December 23, 2021 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

<u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case may be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: December 7, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge